| **Return** | | |
|---|---|---|
| Case No.:<br>3:15mj-466 | Date and time warrant executed:<br>11/21/2015 - warrant served to Apple<br>12/2/2015 - Records received from Apple | Copy of warrant and inventory left with:<br>served to Apple via email |
| Inventory made in the presence of:<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized:<br>Electronic records from Apple for the accounts associated with the Apple ID's xolker@icloud.com and rjones8888@icloud.com | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/8/2016

*Andrea R Kinzig*
*Executing officer's signature*

Andrea R Kinzig, Special Agent
*Printed name and title*